

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00487-CV

**BOZ INVESTMENT I, LLC,**
Appellant

v.

**CAVENDER & HILL PROPERTIES, INC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02935
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

After consideration, we **GRANT** Appellant's Unopposed Motion for Extension of Time to Brief and **ORDER** appellant to file its brief **by February 28, 2022.** Any further request for extension of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court